# United States Court of Appeals
## For the First Circuit

---

No. 05-1086

FEDERAL INSURANCE COMPANY;
AXIS SURPLUS INSURANCE COMPANY,

Plaintiffs, Appellees;

v.

RAYTHEON COMPANY

Defendant, Appellant.

---

ERRATA

The opinion of this Court issued on October 21, 2005, is amended as follows:

On page 25, footnote number 10, line 2, replace "Fed. R. Civ. P. 12©" with "Fed. R. Civ. P. 12(b)(6)"